IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAESAR NATHANIAL JAMES CRAYTON,

Petitioner,

v. No. 2:25-cv-451-KG-GBW
No. 2:21-cr-363-KG-GBW

UNITED STATES OF AMERICA,

Respondent.

ORDER TO ANSWER[1]

This matter is before the Court on Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CV Doc. 1; CR Doc. 156) (Section 2255 Motion). Petitioner challenges his federal conviction based on, *inter alia*, claims of ineffective assistance of counsel. Having reviewed the Section 2255 Motion pursuant to Habeas Corpus Rule 4, the Court determines the claims must be resolved on a full record. The Court will order the United States to respond to the Section 2255 Motion within 60 days of entry of this Order.

IT IS THEREFORE ORDERED that:

1. The United States shall ANSWER the Section 2255 Motion within sixty (60) days of entry of this Order, as set forth above; and

[1] The Court dockets this Order to Answer in both the criminal and civil cases to ensure Respondent receives it. However, Respondent need only file an answer in the civil case. All documents related to the Section 2255 Petition should only be filed in the civil case going forward.

2. Petitioner may file an optional reply within thirty (30) days after the answer is filed.

/s/Kenneth J. Gonzales________________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.